EDWARD PARKER *v.* COMMISSIONER
OF CORRECTION
(AC 30746)

Bishop, Bear and Peters, Js.

Argued September 13—officially released October 12, 2010

Per Curiam. The appeal is dismissed.

ARTHUR E. SCOTT, JR., EXECUTOR (ESTATE OF
BARBARA H. SCOTT) *v.* MARK M. HEINONEN
(AC 31341)

Bishop, Gruendel and West, Js.

Argued September 7—officially released October 12, 2010

Per Curiam. The appeal is dismissed. See *Scott* v.
*Heinonen,* 118 Conn. App. 577, 985 A.2d 358 (2009),
cert. denied, 295 Conn. 909, 989 A.2d 603 (2010).

STATE OF CONNECTICUT *v.* DAVID M.
GUZMAN-TORRES
(AC 31006)

Lavine, Alvord and Bear, Js.

Argued September 20—officially released October 12, 2010

Per Curiam. The judgment is affirmed.